**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS ESCOLONA, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE PALOMAR HEALTH<br>FOUNDATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-904-MMA (BLM)<br><br>**ORDER RE DISMISSAL PURSUANT TO CIVIL LOCAL RULE 41.1(a)** |

　　　　On May 12, 2021, Plaintiffs Nicholas Escalona, Ryan Grothe, and Lino Perez-Rojas ("Plaintiffs") filed a civil complaint against Defendants The Palomar Health Foundation and Does 1–100. Doc. No. 1. On December 17, 2021, the Court issued an order requiring Plaintiffs to show cause why the Complaint should not be dismissed pursuant to Civil Local Rule 41.1(a) for failure to prosecute this action. Doc. No. 4. To date, Plaintiffs have not responded to the Court's order to show cause, and the time for doing so has expired. *See* Docket. Based on Plaintiffs' failure to prosecute this action,

1   the Court **DISMISSES** this action without prejudice.  The Court further **DIRECTS** the
2   Clerk of Court to enter judgment accordingly and close this case.
3        **IT IS SO ORDERED**.
4   Dated:  January 27, 2022

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge