

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicholas Escalona; Ryan Grothe; and Lino Perez-Rojas, on behalf of themselves and all similarly situated individuals,<br><br>**Plaintiff,**<br><br>V.<br><br>The Palomar Health Foundation; Does 1-100, Inclusive,<br><br>**Defendant.** | Civil Action No. 21-cv-0904-MMA-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Based on Plaintiffs' failure to prosecute this action, the Court dismisses this action without prejudice.

Date:     1/27/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ T. Ferris

T. Ferris, Deputy